```
 1  McGREGOR W. SCOTT                    FILED
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney              2005 SEP 30 P 3: 35
 3  3654 Federal Building
    1130 "O" Street                      CLERK, US DIST COURT
 4  Fresno, California 93721             EASTERN DIST. OF CALIF
    Telephone: (559) 498-7272                   AT FRESNO
 5                                       BY_____
                                               DEPUTY
 6            IN THE UNITED STATES DISTRICT COURT FOR THE

 7                    EASTERN DISTRICT OF CALIFORNIA

 8

 9

10

11  IN THE MATTER OF THE SEARCH    )   SW-F-05-0234 LJO
    OF THE PREMISES OF:            )   SW-F-05-0237 LJO
12                                 )   SW-F-05-0238 LJO
    6205 N. ELLENDALE AVE.         )   SW-F-05-0239 LJO
13  FRESNO, CA                     )   SW-F-05-0241 LJO
                                   )
14  JOSEPH MITCHELL RAMIREZ AND    )   ORDER TO UNSEAL APPLICATION FOR
    JENA KAY TORRES                )   SEARCH WARRANTS AND SEARCH
15  1845 W. BUCKINGHAM WAY         )   WARRANTS
    FRESNO, CA                     )
16                                 )
    MICHAEL LAWRENCE SANCHEZ       )
17  4178 E. CORNELL AVE.           )
    FRESNO, CA                     )
18                                 )
    MOTION AND SOUND               )
19  1337 N. BLACKSTONE AVE.        )
    FRESNO, CA                     )
20                                 )
    MOTION AND SOUND               )
21  1363 N. BLACKSTONE AVENUE      )
    FRESNO, CA                     )
22                                 )
                                   )
23  _____)

24
         Having considered the government's application to unseal the
25
    application for search warrants and search warrants in the above-
26
    captioned matters,
27
         IT IS HEREBY ORDERED that the applications for search
28

                                  1
```

1 | warrants and search warrants in the above-captioned matter shall
2 | be UNSEALED.
3 | Dated: September 30, 2005

DENNIS L. BECK
U.S. Magistrate Judge